GOODWIN v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. November 11, 1898.) No. 585. In Error to the District Court of the United

States for the District of Kentucky.  James A. Scott and John B. O'Neal, for plaintiff in error.  W. M. Smith, U. S. Atty.  Dismissed for failure to print record.